## IN THE COURT OF APPEALS OF TENNESSEE
## AT KNOXVILLE

FILED

April 16, 1999

Cecil Crowson, Jr.
Appellate Court
Clerk

TERESA A. BEASON (BROWN),   )   KNOX CIRCUIT
       )
      Plaintiff/Appellee   )   NO. 03A01-9809-CV-00314
       )
v.       )
       )   HON. BILL SWANN
JEFFREY A. BEASON,   )   JUDGE
       )
      Defendant/Appellant   )

## J U D G M E N T

The appeal came on to be heard upon the record from the Circuit Court of Knox County and briefs filed on behalf of the respective parties. Upon consideration thereof, this Court is of the opinion that the judgment of the trial court should be modified.

It is, therefore, ORDERED and ADJUDGED by this Court that the judgment of the trial court is modified and the case is remanded to the Circuit Court of Knox County for further consideration consistent with this opinion and for collection of costs pursuant to applicable law. Costs are assessed to the parties evenly, for which execution may issue, if necessary.

PER CURIAM